**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PET LIFE, LLC,<br><br>        Plaintiff / Counterclaim Defendant,<br><br>-against-<br><br>KAS PET, LLC,<br><br>        Defendant / Counterclaim Plaintiff. | Case No: 1:23-cv-04882-GRB-SIL |

## COUNTERCLAIMANT KAS PET, LLC'S DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Counterclaimant and Defendant KAS Pet, LLC hereby demands a trial by jury in this action on all claims, counterclaims, and issues so triable.

Dated: September 11, 2023

Respectfully submitted,

  /s/ J. Noah Hagey
J. Noah Hagey
Douglas S. Curran
Andrew D. Huynh
Mitchell Stein
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
hagey@braunhagey.com
curran@braunhagey.com
huynh@braunhagey.com
stein@braunhagey.com

*Trial Counsel for Defendant/*
*Counterclaim Plaintiff KAS PET, LLC*