UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PET LIFE, LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>KAS PET, LLC and DOES 1-10, inclusive,<br><br>    Defendants / Counterclaim Plaintiff. | Civil Action No. 1:23-cv-4882-GRB-SIL |

## JOINT STATUS REPORT

Pursuant to the Court's Memorandum of Decision and Order dated September 1, 2023 (ECF No. 45), Plaintiff/Counterclaim Defendant Pet Life, LLC ("Pet Life") and Defendant/Counterclaim Plaintiff KAS Pet, LLC ("KAS Pet") (collectively, the "Parties") hereby submit this joint status report.

Counsel for the Parties confirm that each has provided a copy of the Court's September 1, 2023 Order (ECF No. 45) to their respective clients, and that counsel engaged in a civil and real-time discussion of potential resolution of this matter. While resolution was not reached at this time, the parties will continue discussions and otherwise ensure that further proceedings in this matter conform the strictures set forth in the Local Rules.

Dated: September 11, 2023         Respectfully submitted,

                                  COWAN LIEBOWITZ & LATMAN, P.C.


                                  By: */s/ Richard Mandel*
                                  Richard Mandel (rsm@cll.com)
                                  Dasha Chestukhin (dxc@cll.com)
                                  21st Floor

-1-

114 West 47th Street
New York, New York 10036
Tel.: (212) 790-9200
Fax.: (212) 575-0671
-and-

LEWITT HACKMAN

By: */s/ Jeffrey A. Kobulnick*
Jeffrey A. Kobulnick (CA SBN 228299; jkobulnick@lewitthackman.com) (*pro hac vice*)
Thomas M. Morrow (CA SBN 287595; tmorrow@lewitthackman.com) (*pro hac vice*)
Heidy A. Nurinda (CA SBN 333188; hnurinda@lewitthackman.com) (*pro hac vice*)
16633 Ventura Boulevard, 11th Floor
Encino, California 91436
Tel.: (818) 990-2120
Fax.: (818) 981-4764

*Attorneys for Plaintiff and Counterclaim Defendant, PET LIFE, LLC*


BRAUNHAGEY & BORDEN LLP


By: */s/ J. Noah Hagey*
Jonas Noah Hagey (hagey@braunhagey.com)
Douglas S. Curran (curran@braunhagey.com)
Andrew D. Huynh (huynh@braunhagey.com)
Michael C. Stein (stein@braunhagey.com)
118 West 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 403-4069
Fax: (646) 829-9403

351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Fax: (415) 276-1808

*Attorneys for Defendant and Counterclaim Plaintiff, KAS Pet, LLC*