# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

PET LIFE, LLC

        Plaintiff (s),

V.

KAS PET, LLC et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __23-cv-04882 (GRB)__

Notice is hereby given that, subject to approval by the court, __Pet Life, LLC__ substitutes
(Party (s) Name)

__Randy Friedberg__ , State Bar No. __2040293__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey A Kobulnick, Heidy Alexandra Nurinda, and Thomas McDowell Morrow of the firm of Lewitt Hackman__ .
(Name of Attorney (s) Withdrawing Appearance)
and Richard S. Mandel and Dasha Chestukhin of the firm of Cowan Liebowitz & Latman.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Stradley Ronon Stevens & Young, LLP |
| Address: | 100 Park Avenue, Suite 2000 |
| Telephone: | (212) 404-0634     Facsimile (646) 682-7180 |
| E-Mail (Optional): | rfriedberg@stradley.com |

I consent to the above substitution.

Date: __11/8/2023__          _Joseph Braha_
                                                                                    (Signature of Party (s))

I consent to being substituted.

Date: __11/8/2023__

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __11/7/2023__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

EASTERN **District of** NEW YORK

PET LIFE, LLC
          Plaintiff (s),

V.

KAS PET, LLC et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 23-cv-04882 (GRB)

Notice is hereby given that, subject to approval by the court, __Pet Life, LLC__ substitutes
         (Party (s) Name)

__Randy Friedberg__, State Bar No. __2040293__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey A Kobulnick, Heidy Alexandra Nurinda, and Thomas McDowell Morrow of the firm of Lewitt Hackman__.
(Name of Attorney (s) Withdrawing Appearance)
and Richard S. Mandel and Dasha Chestukhin of the firm of Cowan Liebowitz & Latman.

Contact information for new counsel is as follows:

    Firm Name:     Stradley Ronon Stevens & Young, LLP
    Address:     100 Park Avenue, Suite 2000
    Telephone:     (212) 404-0634     Facsimile   (646) 682-7180
    E-Mail (Optional):     rfriedberg@stradley.com

I consent to the above substitution.

Date:
                                   (Signature of Party (s))

I consent to being substituted.

Date:     11/8/2023
                                   (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     11/7/2023
                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**